# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2061 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 64 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 33125 |
| JONATHAN N. THALASINOS | : | |
| Respondent | : | (Out of State) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 1st day of October, 2015, on certification by the Disciplinary Board that Jonathan N. Thalasinos, who was suspended for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Jonathan N. Thalasinos is reinstated to active status, effective immediately.